# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Lorena Richardson

                                    Plaintiff,

v.                                                       Case No.: 1:17–cv–00060

                                                                  Honorable Manish S. Shah

Statewide Healthcare Services, et al.

                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, November 8, 2019:


      MINUTE entry before the Honorable Manish S. Shah: The joint motion for settlement approval of FLSA settlement and dismissal of claims [207] is granted, and no appearance on 11/12/19 is necessary. The settlement is a fair, reasonable, and adequate compromise of a bona fide wage dispute. The parties were well informed by discovery and negotiated a settlement at arm's length with a neutral mediator. The result for the plaintiffs is concrete monetary relief that achieves reasonable compensation when accounting for potential litigation risk and delay. The attorney's fees, incentive award, and costs are all reasonable and appropriate. The settlement is approved, and the case is dismissed with prejudice pursuant to settlement. Terminate civil case. Notices mailed. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.